| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Andy C. Warshaw (263880)<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: 714-442-3319<br>Fax: 714-361-5380<br>Email: awarshaw@bwlawcenter.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 24 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re: Florenzia Vineyard | CASE NO.: 2:19-bk-17539-NB<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

Based on Debtor's motion filed on 02/24/2023 as docket entry number 62, it is ordered that Debtor's motion is:

//

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted         ☐ Denied

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: February 24, 2023

*[signature]*

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**